1  Robert A. Sacks (SBN 150146)
   sacksr@sullcrom.com
2  Brian R. England (SBN 211335)
   englandb@sullcrom.com
3  Edward E. Johnson (SBN 241065)
   johnsonee@sullcrom.com
4  SULLIVAN & CROMWELL LLP
   1888 Century Park East
5  Los Angeles, California 90067-1725
   Telephone: (310) 712-6600
6  Facsimile: (310) 712-8800

7  *Attorneys for Plaintiffs j2 Global, Inc.
   and Advanced Messaging Technologies*

8  Clement S. Roberts (SBN 209203)
   croberts@durietangri.com
9  Joseph C. Gratz (SBN 240676)
   jgratz@durietangri.com
10 Sonali D. Maitra (SBN 254896)
   smaitra@durietangri.com
11 DURIE TANGRI LLP
   217 Leidesdorff Street
12 San Francisco, CA 94111
   Telephone: (415) 362-6666
13 Facsimile:  (415) 236-6300

14 *Attorneys for Defendant RingCentral, Inc.*

15

16              **UNITED STATES DISTRICT COURT**
17              **CENTRAL DISTRICT OF CALIFORNIA**

18

| | |
|---|---|
| 19  J2 GLOBAL COMMUNICATIONS, INC., and | ) Case No. 11-04686 DDP (AJWx) |
| 20  ADVANCED MESSAGING TECHNOLOGIES, INC. | ) **ORDER REGARDING CLAIM CONSTRUCTIONS** |
| 22              Plaintiffs, | ) |
| 23              v. | ) |
| 24  RINGCENTRAL, INC., | ) |
| 25              Defendant. | ) |
| 26  _____ | ) |
| 27  AND RELATED CROSS-ACTION | ) |
| 28  _____ | ) |

[PROPOSED] ORDER

This matter is before the Court on the parties' Joint Stipulation regarding Claim Constructions. The Court, having considered the parties' Stipulation, finds good cause in support thereof.

Accordingly, IT IS HEREBY ORDERED:

The Stipulation is GRANTED. The following claim terms in j2's asserted patents shall be construed to have the following meaning:

| Term | Construction | Patent |
|---|---|---|
| redirects an incoming call signal ... from a first communications server to a second communications server | Directing to the second communications server a call that was originally directed to a first communications server | 6,208,638 |
| Redirecting the first incoming call signal from the first communication server to a second communications server | "directing to the second communications server a call that was originally directed to a first communications server" | 6,208,638 |
| "destined for a first communication server" | "directed towards a first communications server" | 6,208,638 |
| "validate/validating the inbound address" | "looking up the user account status to determine whether the inbound address is from a user with a user account that is identified as being active." | 6,208,638 |
| "first condition" | "a condition in which an incoming call directed to one of the communications servers cannot be processed at that communications server due to a failure or unavailability of that communications server." | 6,208,638 |
| "links to respective messages in the user-specific message storage area" | Selectable elements of a user interface which point to a message file stored in the user specific message storage area and which, when selected, cause the contents of that particular message file to be retrieved. | 6,350,066 |
| "hyper-text transfer protocol daemon" | "A program constantly running on a server that communicates according to an http standard." | 6,350,066 |
| "access request" | "A request to access a stored message from a hypertext browser triggered by a user" | 6,350,066 |

| Term | Construction | Patent |
|---|---|---|
| "an application layer address associated with the network server" | "The URL that identifies the network server's address." | 6,350,066 |
| "user interface" | "mark up language instructions that enable the user to interface with a network server with a hypertext browser" | 6,350,066 |
| "request message" | "an email message and any attachments thereto received from a customer, to be sent via a message delivery service" | 7,020,132 |
| "message queue" | "A storage area for storing messages for retrieval using a first-in, first-out policy" | 7,020,132 |
| "validating . . . said request message [by] accessing the account information in the database server" | "Determining, by accessing account information in a database server, that the customer account for the customer associated with the request message is identified as being active." | 7,020,132 |
| "internal packet-switched data network" | "A packet-switch network which is connected to an external packet-switched data network, but is isolated from it via a firewall or similar security protocols." | 7,020,132 |
| "external packet-switched data network" | "A packet-switched network which is connected to an internal packet-switched data network, but is isolated from it via a firewall or similar security protocols." | 7,020,132 |

Dated: April 24, 2012

DEAN D. PREGERSON

United States District Judge

[PROPOSED] ORDER