Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Brian R. England (SBN 211335)
englandb@sullcrom.com
Edward E. Johnson (SBN 241065)
johnsonee@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Tel.:  (310) 712-6600
Fax:  (310) 712-8800

*Attorneys for Plaintiffs j2 Global Communications, Inc. and Advanced Messaging Technologies, Inc.*

Clement S. Roberts (SBN 209203)
crobertson@durietangri.com
Joseph C. Gratz (SBN 240676)
jgratz@durietangri.com
Sonali D. Maitra (SBN 254896)
smaitra@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

*Attorneys for Defendant RingCentral, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J2 GLOBAL COMMUNICATIONS, INC. and ADVANCED MESSAGING TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RINGCENTRAL, INC. <br><br> Defendant. | Case No. 11-CV-04686-DDP (AJWx) <br><br> **JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE** <br><br> [Proposed Order Lodged Concurrently Herewith] |

IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that the above-entitled action, including the Complaint and Counterclaims, and all causes of action therein, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party will bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: May 2, 2013        Respectfully submitted,

/s/ Robert A. Sacks
Robert A. Sacks (SBN 150146)
Brian R. England (SBN 211335)
Edward E. Johnson (SBN 241065)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Tel.: (310) 712-6600; Fax: (310) 712-8800

Frank L. Bernstein (SBN 189504)
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, CA 94304-1216
Tel: (650) 384-4700; Fax: (650) 384-4701

*Attorneys for Plaintiff Advanced Messaging Technologies, Inc.*

Dated: May 2, 2013        Respectfully submitted,

/s/ Clement S. Roberts
Clement S. Roberts (SBN 209203)
Joseph C. Gratz (SBN 240676)
Sonali D. Maitra (SBN 254896)
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
(415) 362-6666 / (415) 236-6300 facsimile

Stefani E. Shanberg (SBN 206717)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300 / (650) 565-5100 facsimile

*Attorneys for Defendant RingCentral, Inc.*